UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>    Plaintiff,<br><br>v.<br><br>R. DAVIS, et al.,<br><br>    Defendants. | Case No. 19-cv-06758-JSW<br><br>**JUDGMENT** |

Judgment is entered in favor of all Defendants.

**IT IS SO ORDERED.**

Dated: September 27, 2021

JEFFREY S. WHITE
United States District Judge