UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>    Plaintiff,<br><br>v.<br><br>R. DAVIS, et al.,<br><br>    Defendants. | Case No. 19-cv-06758-JSW<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>Re: Dkt. No. 125 |

   Plaintiff has not shown adequate cause for granting his motion for leave to file excess pages. The motion is DENIED.

   **IT IS SO ORDERED.**

Dated: September 23, 2022

_____
JEFFREY S. WHITE
United States District Judge